No. 333. PINO *v.* LANDON, DISTRICT DIRECTOR, IMMI-GRATION AND NATURALIZATION SERVICE. Certiorari, 348 U. S. 870, to the United States Court of Appeals for the First Circuit. Argued March 30, 1955. Decided April 11, 1955. *Per Curiam:* On the record here we are unable to say that the conviction has attained such finality as to support an order of deportation within the contemplation of § 241 of the Immigration and Nationality Act. The judgment is reversed. *Reuben Goodman* argued the cause for petitioner. With him on the brief were *Paul T. Smith* and *Jacob Spiegel. John F. Davis* argued the cause for respondent. With him on the brief were *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard.*